J-A08044-13

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2363 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02348

_____

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2364 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02349

_____

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2365 EDA 2012 |

Appeal from the Order Entered July 25, 2012

In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02338

_____

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2367 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02339

_____

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2369 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02340

_____

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2371 EDA 2012 |

J-A08044-13

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02337

_____

| | |
|---|---|
| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2373 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02336

_____

| | |
|---|---|
| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2374 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02350

_____

| | |
|---|---|
| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |

- 3 -

|  |  |
|---|---|
| Appellee | No. 2375 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02343

---

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2376 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02347

---

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| RIVER STATION LAND, L.P. | |
| Appellee | No. 2378 EDA 2012 |

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02346

---

| TERRA TECHNICAL SERVICES, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |

RIVER STATION LAND, L.P.

           Appellee

No. 2379 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02345

_____

TERRA TECHNICAL SERVICES, LLC

           Appellant

           v.

RIVER STATION LAND, L.P.

           Appellee

IN THE SUPERIOR COURT OF
PENNSYLVANIA

No. 2381 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02344

_____

TERRA TECHNICAL SERVICES, LLC

           Appellant

           v.

RIVER STATION LAND, L.P.

           Appellee

IN THE SUPERIOR COURT OF
PENNSYLVANIA

No. 2382 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02342

_____

TERRA TECHNICAL SERVICES, LLC

           Appellant

IN THE SUPERIOR COURT OF
PENNSYLVANIA

J-A08044-13

v.

RIVER STATION LAND, L.P.

        Appellee                No. 2383 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02341

_____

TERRA TECHNICAL SERVICES, LLC       IN THE SUPERIOR COURT OF
PENNSYLVANIA

        Appellant

v.

RIVER STATION LAND, L.P.

        Appellee                No. 2384 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02332

_____

TERRA TECHNICAL SERVICES, LLC       IN THE SUPERIOR COURT OF
PENNSYLVANIA

        Appellant

v.

RIVER STATION LAND, L.P.

        Appellee                No. 2386 EDA 2012

Appeal from the Order Entered July 25, 2012
In the Court of Common Pleas of Chester County
Civil Division at No(s): 10-02335

BEFORE:  GANTMAN, J., ALLEN, J., and OTT, J.

- 6 -

J-A08044-13

JUDGMENT ORDER BY OTT, J.                    **FILED NOVEMBER 12, 2015**

In light of the Pennsylvania Supreme Court's decision in ***Terra Tech. Servs., LLC v. River Station Land, L.P.***, ___ A.3d ___ (Pa. 2015) (filed Sept. 29, 2015), reversing this Court's prior ruling,[1] we hereby vacate the trial court's orders, sustaining River Station's preliminary objections and striking Terra Technical's complaints seeking judgment on various Mechanics' liens, this matter is remanded to the trial court for further proceedings.

Orders vacated.  Cases remanded for further proceedings.  Jurisdiction relinquished.

Judge Allen did not participate in the consideration or decision of this case.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/12/2015

_____

[1] ***See Terra Tech. Servs., LLC v. River Station Land, L.P.***, ___ A.3d ___ [2013 Pa. Super. Unpub. LEXIS 3057] (Pa. Super. 2013) (unpublished memorandum).